IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CR-00153-JMD-SPM |
| | ) | |
| BRYANT PIRTLE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S NOTICE OF**
**WITHDRAWAL OF INTENT TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America and respectfully informs this Court that the United States Attorney General has authorized and directed the United States Attorney's Office for the Eastern District of Missouri to withdraw its Notice of Intent to Seek the Death Penalty against Defendants Bryant Pirtle and Christopher Hall. Dkt. 148. Accordingly, the United States hereby withdraws its Notice of Intent to Seek the Death Penalty against the Defendants.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

 /s/   *Nino Przulj*
JEN SZCZUCINSKI, #56906MO
NINO PRZULJ, #68334MO
Assistant United States Attorneys
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, the foregoing was filed electronically with the Clerk of the Court and served upon all counsel of record.

/s/   *Nino Przulj*